# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| **KEITH EUBANKS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 7:21-cv-00061-DC** |
| **ENDEAVOR ENERGY RESOURCES, LP,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**DECLARATION OF MARK WEBSTER**

Pursuant to 28 U.S.C. § 1746, I, Mark Webster, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an adult over the age of 18 years old, and I have personal knowledge of the information contained in this Declaration.

2. I work for Defendant Endeavor Energy Resources, LP and I have direct and personal knowledge regarding the facts stated in this Declaration.

3. I prepared the notes detailing my business interactions while at Endeavor contained in [Endeavor (Eubanks) 000747-84] at or near the time of the conversations I had with the various individuals identified in the notes. They were kept in the course of my regularly conducted activity while working at Endeavor and maintaining these notes were a regular practice of mine. I am the custodian of the notes produced as [Endeavor (Eubanks) 000747-84] in the above-captioned action and the copies produced over the course of discovery are true and accurate copies of the same.

4. I engaged in the text exchange with Darla Miller, as attached to an email I sent to Amanda Cooke on September 13, 2019, the contents of which have been produced as [Endeavor (Eubanks) 001721-36]. The email and text message were made at or near the time of the text exchange and kept in the course of my regularly conducted activity while working at Endeavor as a regular practice of mine. I am the custodian of the text messages attached to the email of September 13, 2021 which has been produced as [Endeavor (Eubanks) 001721-36].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This, the 21 day of April, 2022.

Mark E. Webster

Mark Webster

4890-6149-8909.2 / 075713-1017

# EXHIBIT D-1

Copied and redacted pages from the journal of Mark

Datum / Date:

Wednesday, June 12, 2019

[redacted]

Scott Rovira:

- get field guys integrated
- data analytics re behavior based, incidents

* - Cannot be legalistic, e.g. what is legal, must be what it takes to keep guys safe, e.g. OSHA inspection checklist, Contract HSE reps responsibility, but can't use / write up.

KE Rules not allowed.

[redacted]



Scott Rovin - getting Contractor data in & out of industry safe.

E - asked ~~Ben~~ Keith to follow-up with drilling team to understand their request + work to remedy.

Friday, July 12, 2019



Tuesday, July 23, 2019

KE#2

Kevin (resignation) - previously worked for safety contractor. With Endeavor 1 1/2 yrs. 1) Passion to get in corporate HSE training - Jarga Resources. Endeavor Training not as specialized as what he is looking for. ~~Com~~ 2) Stuff not getting done that should be, e.g. SWD breathing air system, 4-gas monitors. (he put time in but not resolved). Jarga in the works for two months. 3) Money and benefits are better. More flexible schedule. ~~Treat~~ 4) Never saw vision of being here / retiring here. ~~Frustration with~~

VP HSE Check-In

- Keith - resistant to change - especially liability vs keeping new role.
- Keith - sit with Mark & Cliff weekly & send communication weekly to team including Shad (Drilling and Service example) Eventually

Friday, July 26, 2019



Datum / Date:

New Pg

Monday, July 29, 2019

KE - Keith - request to set standing meeting weekly w Mark + Clif; and send update comms weekly to Ops team - see Lemieux + D+C [illegible]

Datum / Date:

Tuesday July 30, 2019

Out w/ Chris White

KE - Complaints about Keith's leadership
Doesn't feel trusted / supported
Wants to learn + someday be in leadership position. Has service HSE experience, in a great position now to pick up Production experience.

Datum / Date:

Chris White

- Confided in [illegible] that she needs to get out from under Keith

~~[illegible]~~ Thursday, August [illegible], 2019

Amanda - of Undermining, not tolerated



Datum / Date:

Monday, August 5, 2019

E - the production safety manual is 500 pages. Most don't know it exists

39

ENDEAVOR (EUBANKS) 000754
APP. 389



Datum / Date:

Monday, August 12, 2019

• Keith will put together a proposal/plan forward to resolve contractor data quality

ENDEAVOR (EUBANKS) 000755
APP. 390



KE - did not complete preliminary Rider Ranch A-5 incident report by last Friday as agreed. Will complete this week.

Tuesday, August 13, 2019

47

ENDEAVOR (EUBANKS) 000756
APP. 391



Datum / Date:

Thursday, August 15, 2019

Keith Midyear Review - Prep:

* self - assessment:
  - project/deliv[illegible]
  - OFI
+ feedback from team - OFI
* feedback from me:
  - broad technical capability
  - broad Endeavor experience / knowledge
  - I expect as a senior leader to
    -- plan and run an offense
    -- ~~to~~ Communicate ownership for ~~team~~ ~~team~~ CI
    -- ~~to~~ ID + where problem, focus on and build solutions; ~~to~~ drive out negative comments "~~If you have a culture of Complaints people have~~
    -- inspire and be role model for to team + peers
    ?- follow through and deliver
      - Richer Ranch A-5 investigation missed deadline (8/12)
      - Contractor data quality plan (8/12) [illegible] (7/11)
      - production safety manual lack of awareness / use (8/5)
      - Contractor PEC data corrections / plan (8/3)
      - feedback of team undermining / ~~they~~ being negative (7/30) (7/23)
      - not communicating + integrate w/ Ops Mgrs (7/29) (7/25) (7/12)
      - resistant to CI / change (7/25)
      - not driving job rating fill • lack of [illegible] in training
      - ~~working less important tasks that Individual Contributor should be~~
* feedback to me

- meeting (his feedback)
* feels key/big achievements are:
  - safety meeting arranged
  - safety Council kicked off (end of last year)

48



Datum / Date:

- ~~struggling~~ covering with shortage of staff
- 811 project

OFI: (things to work on 2H)

- $H_2S$ training - lack of hands on
- Overall training confusion w/in Production
- integration / comms / buy-in w/ ops leadership
- need more + engagement to help the new CMSRs succeed
- better delegation - time to lead
- feedback from team - they need more training, i.e. BBS; need to spend some time out + about with them.
- Has issues with Joe - feels he doesn't keep confidences.
  - I asked him to resolve or get the three of us together

* I need to go ADP + enter



Datum / Date:

Tuesday, August 20, 2019

LE ~~X~~

LE ~~X~~ - M files - pull together plan, agreed by managers; No more working in larger team meeting... I had asked for this before. It is making the meeting ineffecient and depressing to team as they don't know what to do.

Datum / Date:

KE - Rider Reach A.5 investigation:
- not a quality report - [illegible] [illegible] cont:
- summary
- brief timeline
- HEAR
- Ops buy in

Wednesday, August 21, 2019

Datum / Date:

✓ Alignment ERP w/ Facilities ERP

✓ flowback & battery startup reviews / learning improvement? (design it out) (4/25)

Monday, November 4, 2019

\+ ✓ Keith - flowback learnings / design study (p88 + p74)



✓ Keith: flowback learnings / design study (74+78) preliminary results

ENDEAVOR (EUBANKS) 000763
APP. 398



ENDEAVOR (EUBANKS) 000764
APP. 399



Keith - flowback learning / design study (p74+78) (preliminary results)

ENDEAVOR (EUBANKS) 000765
APP. 400



Datum / Date:
Keith - flowback learnings/Design study; preliminary results (p74+78)
+ - need a group review of comprehensive ERP
with all affected groups - must not throw it over the
fence - need a plan for how + who to
roll-out / train





Keith - ERP - integrated practice, really good EB-wide roll out, testing + learning
- time in field w/ team

ENDEAVOR (EUBANKS) 000767
APP. 402

Datum / Date:

Reith · No rollout plan 4 gun monitors leading to confusion of line and staff.
- No plan for ER process + tools (~~owners~~ passionate ownership)
- Staffing ~~approach - see~~ - not developing ~~[illegible]~~ ~~enabling~~ team (complaints of lack of clarity) (leavers)
- negativity w/ peers · not peer cohesive behavior
- Clean proposal with solid recommendation e.g., Truce vehicle cellphone ~~[illegible]~~ block software, CSE signs, vehicle tailgate stickers (12/18 ~~note~~ email to Reith, and not to me)
- not following through + closing actions - see 1/6 LT item for example
- not communicating to peers on key activity that impacts them, e.g. annual contractor safety mtg.

• also see my daily spreadsheet comments + improvements
• "passive" - Mabe



Datum / Date:

- ERP - Keith will set mtg on plan forward

12

ENDEAVOR (EUBANKS) 000769
APP. 404

Wednesday, January 22, 2020

* Keith re ERP plan / dates - see (p113)



Risks - Contractor safety agenda draft this week; invite this week

30

ENDEAVOR (EUBANKS) 000771
APP. 406



Keith - When I asked about confusion re 4 gas (email of today) he blamed Chris Vasquez. "they were not supposed to use them". I said it was his lack of communication. He is not accepting responsibility...

Mike - Keith - "he is "always" right; he never listens". Wants a PIP.

Datum / Date:

Tuesday, January 28, 2020

Keith:

- Communicate, support, be both an effective leader and follower as appropriate with peer HSE leaders. Help them successfully support you/your projects by providing clear communication & (verbal and written) on your activity that impacts their supported business, and in your overall activity for awareness and peer support. Listen, and incorporate positive/constructive feedback, and where not appropriate, explain the rationale so they understand + support. (Debate vigorously, but then when called, run the play). Help them likewise in their activity, challenge + support their progress. Showcase to team with materials they can use to communicate effectively within their supported business
- Follow through on projects/activities. Propose/plan, vet with peers and operations, complete + report out, gather/request feedback, integrate CI from learnings. Deliver at pace. Identify improvements needed. (Be a go getter/passionate). Then get it done.
- see AOP sample statements re performance to develop PIP actions...
- As a leader, be a self starter. Even if I don't tell you what to do or how to do it, you are expected to progress the HSE improvement agenda and administrative responsibilities.

Doug - believes Keith is "just going along with VPSF, because that's what he's been told to do." Just doesn't see the value that the line does and won't be supportive.



Datum / Date:

Darla Miller on Keith ~ 9/13 via text: "Keith is a Cancer. He doesn't produce anything but mayhem and distrust. Please be careful. He is disgruntled and he is getting away with his destructive ways.

My September LPI 360 Comments to Keith (from Susan 1/28/20):
+ Broad technical capability.
+ Broad Endeavor experience and knowledge
- Perception of team and leadership of negativity
- Plan and run an offense - Communicate CI ownership to team, peers, line organization; Identify, and where problems, focus on and build solutions; drive out negative comments; inspire and be a role model for team and peers; follow through and deliver agreements.
• Model the Way = 32/60
• Inspire a Shared Vision = 29/60
• Challenge the Process = 26/60
• Enable Others to Act = 35/60
• Encourage the Heart = 32/60

Keith projects / actions:
• Effective ERP Endeavor Wide, robust roll-out
  - promised to set a meeting w/ me 1/13 on roll out. Ø
  - integrity facilitator 10/7
  - Requested Completion plan 9/30 < assigned 9/16 + plan request
  - identified / reiterated 8/19
  -

• Richer Ranch investigation
  - late 8/12 + agreed to complete
  - 8/20 - poor quality / coached
  - never delivered

Datum / Date:

Wednesday, January 29, 2020

Chris White - She is facilitating Contractor safety meeting. Needs help with Will Construction. Keith was supposed to have worked this out with Nick...

Keith - had talked to Nick. He had not communicated with ~~her~~ Chris this info. Dumped the problem on her; Confusing to her + Make



Datum / Date:

Keith projects/action
- flowback + battery start up - review of learnings + are we improving. Communicated assignment 9/30. are design issues fixed.
  - re-emphasized 10/28 per Chuck's 10/23 comments
  - he said working at 11/4 mtg + 11/11
  - Committed to get preliminary results 11/18
  - no preliminary review or anything presented to me

Mark + Clif
- Keith Objectives
  - effectively deliver ER
  - effectively deliver 4 qrs
  - sustain UPSI methodology
  - flowback learning / improvement

* - agree Keith does not plan or communicate well (sheet of music)
* - have stopped receiving comms of an ES incident on their site. Keith can ensure this is done.

Datum / Date:

Thursday, January 30, 2020

* Rich – ERP 1) not written for all Endeavor – just Production 2) not vetted with Peers or customers 3) plan (development or rollout) not understood 4) formatting + clean up

* Rich – Keith is a good guy but is not getting it or supportive of changing to progress improvements – wants to stick to old ways (just do the minimum).

Datum / Date:

Tuesday, February 11, 2020

Amanda - a) will look at market data, ranges and adjustments / promotion in ~ May

- Keisha: 1) team feedback that very negative. Pushing back on everything. 2) holding on to administration / choosing not to be a leader. 3) he was undermining me. 4) nothing to the comment of Disabilities. 5) she can go talk to team. 6) does not believe in PIP's - I agree 7) believes he is actively working

Datum / Date:

against me, and I need to get him out of Production 8) now will always be on guard and this is no way to work. 9) Next step is for her to talk with his reports, indirectly w/ Mark + Clif, and w/ Angie?

Wednesday, February 12, 2020

* Mark + Clif - has not been clear communication to them from Keith on use of insider investigation. They did not know this! They also want to practice in more better than not. Specialist also not clear.

-Keith he will re-communicate and make sure this process

Datum / Date:

Thursday, February 13, 2020

M-files
- intended to replace the shared network folders (not user drive)
- ability for document collaboration
- ability for sharing more easily
- ? why not allow folder structure

Keith Eubanks - was the tag lead for this and did



Datum / Date:

not progress, and let it fall apart / did not support per the M-[illegible].

* Jose - 4 guys - Keith is not understanding that these are not acceptable, and is not listening to Jose / Chris. Keith is not being responsive. - I documented email to Keith to plan a resolution

Mike - Keith - agrees, not the leader that we need. Will get back together next week on plan forward.



Datum / Date:

Why change (Reich out):
- Vision of top-tier operator
- Production doubled in last 3 + doubling again, plus leverage and complexity
- Lack of leadership and desire to progress HSE capability, capacity and delivery. Not advocating the ~~prog~~ vision and progress, and even being deconstructive.
- - Others and team getting on board, but frustrated that their / a leader is not.
- ~~The~~ the expectation and accountability for me was to make significant change, a step-change, and I cannot do it with status quo.

Wednesday, February 19, 2020

Datum / Date:

Mike – agree to terminate, Work details / plan w/ HR.
- talk to Amanda re severance for 2014 bonus, e.g. 1 wk pay x 5 wks service plus some portion of 2014 bonus, e.g. $25K. This is not



Datum / Date:

to keep him whole or reward for 2019 performance, 2019 lack of performance is reason for termination. J's help...

Amanda
∀ set mtg w/ Keith
∀ focus on
- leadership capability
- passion / drive / ownership / positive influence
∀ set mtg w/ my leads for 3:30 Wed
∀ set mtg w/ team for 07:30 Thursday

Mid - Angie upset w/ Keith. He is so negative and unhelpful.

Friday, February 21, 2020

Keith Termination:
- "his brother in law is an employment lawyer and will be happy to read this"!